FILED
May 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003470282

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-11786-B-7F |
| ROBERT CALDERON and RAMONA CALDERON, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtors. _____/ | Date: June 8, 2011<br>Time: 10:00 a.m.<br>Dept: B |

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on February 17, 2011 Robert Hawkins was appointed Chapter 7 Trustee on or about February 17, 2011.

3. Among the assets of the estate are a 2005 Acura TSX and a 2005 GMC Sierra Pickup.

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that there are no known liens against the assets to be sold.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** MAY 4, 2011

                          /S/
                ROBERT HAWKINS,
                Chapter 7 Trustee